PHILIP M. MILLER (SBN 87877)
MICHELLE L. SICULA (SBN 160598)
ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
pmiller@sjlawcorp.com
msicula@sjlcorp.com
abevington@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al., | Case No.:  C 09-3251 JCS |
| Plaintiffs, | SUBSTITUTION OF ATTORNEYS |
| v. | |
| MAZZEI PONTIAC- CADILAC COMPANY a California corporation | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please

take notice that Plaintiffs BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES

WELFARE FUND, AUTOMOTIVE INDUSTRIERS PENSION FUND, JIM BENO, TRUSTEE,

hereby make the following substitution of attorneys:

Former Attorneys:

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104

should be removed and, consequently, should no longer receive notice of e-Filings.

SUBSTITUTION OF ATTORNEYS;
CASE NO. C 09-3251 JCS

Plaintiffs' new co-counsel of record will be:

PHILIP M. MILLER (St. Bar #87877)
MICHELLE L. SICULA (St. Bar #160598)
ANNE M. BEVINGTON (St. Bar #111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA  94104
Telephone:     (415) 882-7900
Facsimile:     (415) 882-9787
Email  pmiller@sjlawcorp.com
Email  msicula@sjlawcorp.com
Email  abevington@sjlawcorp.com

The following attorneys consent to this substitution:

Dated: September 30, 2010          ERSKINE & TULLEY
                                   A PROFESSIONAL CORPORATION


                                   _____/S/_____
                                   MICHAEL J. CARROLL
                                   Former Attorneys for Plaintiffs
                                   Board of Trustees, et al.


Dated: October 8, 2010             SALTZMAN & JOHNSON LAW CORPORATION


                                   _____/S/_____
                                   PHILIP M. MILLER
                                   New Attorneys for Plaintiffs
                                   Board of Trustees, et al.


The Plaintiffs Board of Trustees of the Automotive Industries, et al., hereby consent to the above

substitution.

Dated: October 13, 2010            BOARD OF TRUSTEES OF THE AUTOMOTIVE
                                   INDUSTRIES, et al.


                                   _____/S/_____
                                   JAMES H. BENO, Trustee

SUBSTITUTION OF ATTORNEYS
CASE NO. C 09-3251 JCS

1   IT IS SO ORDERED.

2   Dated: October _19_, 2010



3   MAGIS...                           ...C. SPERO
    UNITED...                          ...RT

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS
CASE NO. C 09-3251 JCS

P:\CLIENTS\AUTCL\CASES\MAZZEI PONTIAC-CADILLAC\Signed Subst of Atty .doc

**PROOF OF SERVICE**

I, the undersigned, declare that I am employed in the City and County of San Francisco, California; I am over the age of eighteen (18) years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On October 18, 2010, I served the following document:

SUBSTITUTION OF ATTORNEY

on the interested party(ies) in this action:

| | |
|---|---|
| Matthew J. Mazzei | Matthew J. Mazzei |
| Agent for Service of Process | Agent for Service of Process |
| Mazzei Pontiac- Cadilac Company | Mazzei Pontiac- Cadilac Company |
| 8140 Marsh Creek Rd. | 3800 Century Way |
| Clayton,CA 94517 | Pittsburg, CA 94565 |

by placing a true copy thereof enclosed in a sealed envelope addressed as above, with first-class postage thereon fully prepaid, for mailing at San Francisco, California. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of October, 2010, at San Francisco, California.

_____
**/S/**
Molly Nelson

- 1 -

SUBSTITUTION OF ATTORNEYS;
CASE NO. C 09-3251 JCS

P:\CLIENTS\AUTCL\CASES\MAZZEI PONTIAC-CADILLAC\Signed Subst of Atty .doc